IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO.  8:05CR94** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **LUIS ALBERTO RAMOS-MARTINEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Luis Alberto Ramos-Martinez  (Filing No. 197).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Luis Alberto Ramos-Martinez (Filing No. 197) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **19th day of April, 2006,** at the hour of **8:30 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 12th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge